UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL MULLINER,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. 2:08-cv-551-CRD<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision should be reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will re-evaluate all medical opinions of record, including:

- The totality of the opinions of non-examining psychologists Dr. Eisenhauer and Dr. Comrie, and

- The opinions of examining psychiatrist Dr. Michels.

Page 1　　ORDER - [2:08-CV-551-CRD]

The ALJ will reconsider any substance use according to the process set forth in *Bustamante v. Massanari*, 363 F.3d 949 (9th Cir. 2001). The ALJ will follow SSR 00-4p. The parties stipulate that no specific aspect of the Commissioner's final decision is affirmed and that Plaintiff may submit additional evidence and arguments to the ALJ on remand. The ALJ will make a new determination as to Plaintiff's disability taking all evidence into account, and issue a new decision.

DATED this 23rd day of December 2008.

Carolyn R. Dimmick
United States District Judge

Presented by:

s/ DAVID J. BURDETT
Special Assistant U.S. Attorney
WSB # 29081
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2522
Fax: (206)615-2531
david.burdett@ssa.gov